UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO NAVAOCHOA,<br><br>Defendant. | No.  2:23-po-00121-DB<br><br><br><br>REFUND ORDER |

On June 13, 2023, the government moved to dismiss the citation CA18/E1545301 without prejudice and this motion was granted by the court.  For reasons unknown by the court, on June 09, 2023, the defendant paid $180.00 to the Central Violations Bureau.

Accordingly, IT IS HEREBY ORDERED that defendant is to be refunded $180.00 due to overpayment.

IT IS SO ORDERED.

DATED:  June 14, 2023            /s/ DEBORAH BARNES
                                 UNITED STATES MAGISTRATE JUDGE

1